## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael H Jones      CHAPTER 13
a/k/a Michael Howard Jones a/k/a Michael Jones
a/k/a Mike Jones         BKY. NO. 25-11456 AMC

<u>Debtor(s)</u>

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

      Respectfully submitted,


/s/ Denise Carlon

     **Denise Carlon, Esq.**
     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322