**Fill in this information to identify your case:**

Debtor 1: Michael H. Jones
  First Name  Middle Name  Last Name

Debtor 2: _____
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 25-11456-amc

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**
Creditor's Name: Fay Servicing
Number  Street: 1601 LBJ Freeway
Suite 150
City: Farmers Branch   State: TX   ZIP Code: 75234

Describe the property that secures the claim:
150 Youngs Avenue
Woodlyn, PA   19094

$290,000.00    $370,000.00    $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.2**
Creditor's Name: _____
Number  Street: _____
_____
City: _____   State: ___   ZIP Code: _____

Describe the property that secures the claim:

$_____    $_____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here: $290,000.00

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___

Debtor 1 __Michael__ __H.__ __Jones__    Case number (*if known*) __25-11456-amc__
           *First Name*   *Middle Name*   *Last Name*

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**Part 1:** **Additional Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

☐ _____  **Describe the property that secures the claim:**   $_____   $_____   $_____
  *Creditor's Name*

_____
*Number     Street*

_____  **As of the date you file, the claim is:** Check all that apply.
_____  ☐ Contingent
*City          State     ZIP Code*  ☐ Unliquidated
                             ☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.
☐ Debtor 1 only    ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only    ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a community debt**    ☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** ___ ___ ___ ___

---

☐ _____  **Describe the property that secures the claim:**   $_____   $_____   $_____
  *Creditor's Name*

_____
*Number     Street*

_____  **As of the date you file, the claim is:** Check all that apply.
_____  ☐ Contingent
*City          State     ZIP Code*  ☐ Unliquidated
                             ☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.
☐ Debtor 1 only    ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only    ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a community debt**    ☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** ___ ___ ___ ___

---

☐ _____  **Describe the property that secures the claim:**   $_____   $_____   $_____
  *Creditor's Name*

_____
*Number     Street*

_____  **As of the date you file, the claim is:** Check all that apply.
_____  ☐ Contingent
*City          State     ZIP Code*  ☐ Unliquidated
                             ☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.
☐ Debtor 1 only    ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only    ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a community debt**    ☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $ **290,000.00**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:   $_____

Debtor 1  Michael           H.              Jones                                          Case number *(if known)* 25-11456-amc
          First Name        Middle Name     Last Name

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | |
|---|---|
| ☐ _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City              State      ZIP Code | **On which line in Part 1 did you enter the creditor?** _____<br><br>**Last 4 digits of account number** ___ ___ ___ ___ |
| ☐ _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City              State      ZIP Code | **On which line in Part 1 did you enter the creditor?** _____<br><br>**Last 4 digits of account number** ___ ___ ___ ___ |
| ☐ _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City              State      ZIP Code | **On which line in Part 1 did you enter the creditor?** _____<br><br>**Last 4 digits of account number** ___ ___ ___ ___ |
| ☐ _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City              State      ZIP Code | **On which line in Part 1 did you enter the creditor?** _____<br><br>**Last 4 digits of account number** ___ ___ ___ ___ |
| ☐ _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City              State      ZIP Code | **On which line in Part 1 did you enter the creditor?** _____<br><br>**Last 4 digits of account number** ___ ___ ___ ___ |
| ☐ _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City              State      ZIP Code | **On which line in Part 1 did you enter the creditor?** _____<br><br>**Last 4 digits of account number** ___ ___ ___ ___ |